THIS OPINION
 HAS NO PRECEDENTIAL VALUE, IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Roy Lindsey #67021, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Judge Marvin F. Kittrell
Unpublished Opinion No. 2008-UP-523
Submitted September 2, 2008  Filed
 September 9, 2008    
AFFIRMED

 
 
 
 Roy Lindsey, pro se, for Appellant.
 Robert W. Jacobs, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Roy Lindsey
 appeals the dismissal of his appeal by the Adminstrative Law Court (ALC).  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  S.C.
 Code Ann. § 1-23-610 (Supp. 2007) (stating an appellate court may reverse or
 modify the decision of the ALC only if the appellants substantive rights have
 been prejudiced because the decision is clearly erroneous in light of the
 reliable and substantial evidence on the whole record, arbitrary or otherwise
 characterized by an abuse of discretion, or affected by other error of law); Rule 59, SCALCR (stating the notice of
 appeal from the final decision of an agency to be heard by the ALC must contain
 a brief factual basis for each expressly  and specifically asserted
 constitutional violation); Rule
 62, SCALCR (stating the ALC may dismiss an appeal for failure to set forth the requisite factual basis for the
 asserted constitutional violations as required by Rule 59, SCALCR); Al-Shabazz v.
 State,  338 S.C. 354, 369, 527 S.E.2d 742, 750 (2000) (An inmate may . . . seek review of [the Department of Corrections] final decision in
 an administrative manner under the [Administrative Procedures Act (APA)].
 Placing review of these cases within the ambit of the APA
 will ensure that an inmate receives due process, which consists of notice, a
 hearing, and judicial review.). 
AFFIRMED.
SHORT,
 THOMAS, and PIEPER, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.